Certificate Number: 17082-PAW-DE-035247771

Bankruptcy Case Number: 20-10781



17082-PAW-DE-035247771

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2021, at 9:39 o'clock AM MST, DAVID J NETKOWICZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 8, 2021            By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director