# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 20-10781-TPA** |
| | : | **Chapter 13** |
| **David J. Netkowicz** | : | |
| **Tami L. Netkowicz** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 19** |
| | : | |
| **PNC Bank, N.A.** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **David J. Netkowicz** | : | |
| **Tami L. Netkowicz** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **PNC Bank, N.A.** *at Claim No. 19* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $1,323.67 effective 12/1/2021.

Dated: November 1, 2021

By    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com