**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/05/2023

IN RE:

DAVID J. NETKOWICZ
TAMI L. NETKOWICZ
3012 OAKLEY DRIVE
ERIE, PA 16506-5906
XXX-XX-8540           Debtor(s)

XXX-XX-5458

Case No. 20-10781

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/5/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6968 |
| **AMERICREDIT FINANCIAL SVCS INC***<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  0.00<br>COMMENT:  CL8GOV@LTCD*815.11X36+2=LMT*43,101@0%/PL*MATURES 2-5-2027*DKT! | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3247 |
| **LAKEVIEW FEDERAL CREDIT UNION**<br>PO BOX 2609<br><br>ASHTABULA, OH  44005-2609 | Trustee Claim Number:3   INT %:  3.64%<br>Court Claim Number:5<br><br>CLAIM:  13,553.37<br>COMMENT:  CL5GOV~PMT/CONF*13553@4%/PL*LOAN 1*PII | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6715 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  0.00<br>COMMENT:  CL19GOV*1400/PL@PNC MTG*PMT/DECL*DKT4PMT-LMT*1ST*BGN 12/20 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6606 |
| **US DEPARTMENT OF HUD****<br>C/O NOVAD MANAGEMENT CONSULTING LLC<br>2401 NW 23RD ST STE 1A1<br><br>OKLAHOMA CITY, OK  73107 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  NT DUE YET*2ND*CL=46300.07 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4956 |
| **ACL LABS**<br>1526 PEACH ST<br><br>ERIE, PA  16501-2104 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  5,411.65<br>COMMENT:  REF 3584653887*WEBBANK*AVANT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5155 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  8,118.08<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6231 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  4,846.24<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9831 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  2,966.84<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2880 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CLEVELAND CLINIC**<br>POB 931517<br><br>CLEVELAND, OH  44193-1655 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  217.37<br>COMMENT:  BOSCOVS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9582 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2615 |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  501.21<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7608 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6115 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1920 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5823 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1972 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1763 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1898 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8332 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9797 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ASHTABULA CNTY MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1757 |
| **FIDELITY NATIONAL COLLECTION++**<br>DIVISION OF FIDELITY PROPERTY<br>220 E MAIN ST<br>ALLIANCE, OH  44601 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ANESTHESIA CNSLTNTS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6950 |
| **FIRST SAVINGS BANK++**<br>500 EAST 60TH ST N<br>SIOUX FALLS, SD  57104 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~BLAZE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4442 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING, TX  75014 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  173.78<br>COMMENT:  CAP 1/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7997 |
| **LAKEVIEW FEDERAL CREDIT UNION**<br>PO BOX 2609<br>ASHTABULA, OH  44005-2609 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  3,990.70<br>COMMENT:  LOAN 2*2019 LOAN *SIGNED @ SEAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6715 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:20-2<br>CLAIM:  18,864.30<br>COMMENT:  LENDING CLUB*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2865 |
| **METCREDIT USA**<br>117 WEST 4TH ST<br>JAMESTOWN, PA  14702 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  75.14<br>COMMENT:  X1776/SCH*CBJ CRDT RCVRY*MEDICOR*MEDICAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8540 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  12,123.25<br>COMMENT:  SIGNED @ SEAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5176 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **RECEIVABLES PERFORMANCE MANAGEMENT+**<br>20816 44TH AVE W<br><br>LYNNWOOD, WA  98036 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DIRECTV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8549 |
| **CACH LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:16-2<br><br>CLAIM:  13,140.63<br>COMMENT:  CROSS RIVER BANK*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1762 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM:  4,494.14<br>COMMENT:  SYNCHRONY*PPC/GEMB/GECRB*FR SYNCHRONY BANK-DOC 34 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6968 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM:  346.29<br>COMMENT:  SYNCHRONY*OLD NAVY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0319 |
| **THOUSAND TRAILS NACO**<br>P.O. BOX 26<br><br>GAUTIER, MS  39553 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNITED COLLECTION SERVICE**<br>106 COMMERCE ST STE 101<br><br>LAKE MARY, FL  32746 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~EMERGYCARE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6324 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  681.44<br>COMMENT:  NO$/SCH*UPMC HAMOT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8540 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM:  240.97<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8540 |
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br><br>SAN ANTONIO, TX  78288-0596 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6289 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 3232 NEWMARK DR | Court Claim Number:19 | ACCOUNT NO.:  6606 |
| | CLAIM:  5,036.48 | |
| MIAMISBURG, OH  45342 | COMMENT:  CL19GOV*2,800/PL@PNC MTG*THRU 11/20 | |