#041327734

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 20-10781-JCM |
| | ) | |
| David J. Netkowicz | ) | CHAPTER 13 PROCEEDING |
| Tami L. Netkowicz | ) | |
| | ) | |
| Debtors | ) | JUDGE John C Melaragno |

## NOTICE WITHDRAWING PROOF OF CLAIM #21-1

Notice is hereby given that the proof of claim known as claim #21-1 filed on 12/13/2023 on behalf of Lakeview Federal Credit Union is hereby withdrawn.

WELTMAN, WEINBERG & REIS CO. L.P.A.

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Attorney for Lakeview Federal Credit Union
Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Cleveland, OH  44131
216-672-6984
bronationalecf@weltman.com

## **CERTIFICATE OF SERVICE**

I certify that on December 13, 2023, a true and correct copy of the foregoing Notice Withdrawing Proof of Claim #21-1 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Rebeka Seelinger, Attorney for debtor, at rebeka@seelingerlaw.com

Ronda J Winnecour, Chapter 13 Trustee, at cmecf@chapter13trusteewdpa.com

OFFICE OF THE UNITED STATES TRUSTEE ustpregion03.pi.ecf@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

| | |
|---|---|
| David J Netkowicz | Tami L Netkowicz |
| 3012 Oakley Dr | 3012 Oakley Dr |
| Erie, PA 16506 | Erie, PA 16506 |

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Lakeview Federal Credit Union