IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>David J. Netkowicz<br>Tami L. Netkowicz<br>    Debtor(s) | Case No. 20-10781-JCM<br><br>Chapter 13<br><br>Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    vs.<br>David J. Netkowicz<br>Tami L. Netkowicz<br>    Respondent(s) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL CREDITOR TO RESTRICT PUBLIC ACCESS TO CLAIM

The Motion to Compel that was filed in the above-referenced case on November 30, 2023 (document #44) is hereby WITHDRAWN. The hearing scheduled for January 2, 2024 is hereby CANCELED.

Respectfully submitted,

12/19/2023          /s/ Katherine DeSimone
Date          Katherine DeSimone (PA I.D. #42575)
         Attorney for Chapter 13 Trustee
         U.S. Steel Tower – Suite 3250
         600 Grant Street
         Pittsburgh, PA  15219
         (412) 471-5566
         kdesimone@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10781-JCM |
| David J. Netkowicz | ) | |
| Tami L. Netkowicz | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| David J. Netkowicz | ) | |
| Tami L. Netkowicz | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Marta E. Villacorta, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

David and Tami Netkowicz
3012 Oakley Drive
Erie, PA  16506

Rebeka A. Seelinger, Esquire
4640 Wolf Road
Erie, PA  16505

Lakeview Federal Credit Union
PO Box 211
345 S. Chestnut Street
Jefferson, OH  44047

Lakeview Federal Credit Union
PO Box 2609
Ashtabula, OH  44005

Mary Jo Braden, Branch Manager
Lakeview Federal Credit Union
345 S. Chestnut Street
Jefferson, OH  44047

<u>12/19/2023</u>           <u>/s/ Renee Ward</u>
Date          Administrative Assistant
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com