WWR# 041327734

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| David J Netkowicz ) | |
| Tami L Netkowicz ) | Bankruptcy No. 20-10781-JCM |
| Debtors ) | |
| ) | Chapter 13 |
| Lakeview Federal Credit Union ) | |
| Movant ) | Related to Doc No: 50 |
| ) | |
| v. ) | |
| ) | |
| David J Netkowicz ) | |
| Tami L Netkowicz ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondents ) | |
| ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING CREDITOR'S REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM**

I, Garry Masterson, certify under penalty of perjury that I served the above captioned Order on the parties below, on 12/20/2023.

**Service by First-Class Mail**:

David J Netkowicz, Debtor
3012 Oakley Dr
Erie, PA 16506

Tami L Netkowicz, Debtor
3012 Oakley Dr
Erie, PA 16506

**and Service by NEF/ECF**:

Rebeka Seelinger, Debtors Attorney at rebeka@seelingerlaw.com
Ronda J. Winnecour, Trustee at cmecf@chapter13trusteewdpa.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: 12/20/2023         By:    /s/Garry Masterson
                                       Garry Masterson, Bar No. CA297208
                                       Weltman, Weinberg & Reis Co., L.P.A.
                                       Attorney for Movant
                                       965 Keynote Circle
                                       Cleveland, OH 44131
                                       216-672-6984
                                       gmasterson@weltman.com