Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David J. Netkowicz** | : | Case No. 20−10781−JCM |
| **Tami L. Netkowicz** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 54 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/20/24 at 03:00 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this ***The 22nd of December, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 54 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)  **On or before February 5, 2024**, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on **February 20, 2024 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10781-JCM |
| David J. Netkowicz | Chapter 13 |
| Tami L. Netkowicz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 22, 2023 | Form ID: 300b | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David J. Netkowicz, Tami L. Netkowicz, 3012 Oakley Drive, Erie, PA 16506-5906 |
| 15315057 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15315071 | + | MetCredit USA, Attn: Bankruptcy Dept, Po Box 1132, Jamestown, NY 14702-1132 |
| 15315078 | | Thousand Trails, 2325 US-90, Gautier, MS 39553 |
| 15315080 | + | UPMC Health Services, Dist. Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15315081 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15315079 | + | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 22 2023 23:30:00 | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2023 23:47:02 | | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com Dec 22 2023 23:47:27 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321015 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 22 2023 23:30:00 | | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15315058 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 22 2023 23:30:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15315059 | + | Email/Text: bk@avant.com Dec 22 2023 23:30:00 | | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15333925 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2023 23:47:05 | | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15315062 | | Email/Text: bankruptcies@ccf.org Dec 22 2023 23:29:00 | | Cleveland Clinic, Attention: Bankruptcy, 9500 Euclid Ave, RK2-4, Cleveland, OH 44195 |
| 15315060 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Dec 22 2023 23:47:10 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327086 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Dec 22 2023 23:36:44 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15315061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 22 2023 23:47:06 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15315063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 23:30:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

Case 20-10781-JCM   Doc 56   Filed 12/24/23   Entered 12/25/23 00:20:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 300b | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 15315065 | | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245 |
| 15315064 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:05 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15316434 | | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15315066 | | Email/Text: eblymiller@fidelitycollections.com | Dec 22 2023 23:29:39 | Fidelity National Collections, Attn: Bankruptcy, 885 South Sawburg Ave, Ste 103, Alliance, OH 44601 |
| 15315067 | | Email/Text: BNBLAZE@capitalsvcs.com | Dec 22 2023 23:29:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15329747 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 23:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15330796 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:29:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15315068 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15321403 | + | Email/Text: Lucym@lakeviewfcu.com | Dec 22 2023 23:30:00 | LAKEVIEW FEDERAL CREDIT UNION, PO BOX 211, 345 S CHESTNUT ST, JEFFERSON, OH 44047-1348 |
| 15334086 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:36:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15315069 | + | Email/Text: Lucym@lakeviewfcu.com | Dec 22 2023 23:30:00 | Lakeview FCU, 2909 State Road, Ashtabula, OH 44004-5327 |
| 15319163 | + | Email/Text: Lucym@lakeviewfcu.com | Dec 22 2023 23:30:00 | Lakeview Federal Credit Union, 345 S Chestnut Street, Jefferson, OH 44047-1348 |
| 15666296 | + | Email/Text: BKRMailOps@weltman.com | Dec 22 2023 23:30:00 | Lakeview Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15315070 | + | Email/Text: Documentfiling@lciinc.com | Dec 22 2023 23:29:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15320685 | | Email/PDF: cbp@omf.com | Dec 22 2023 23:47:25 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15315072 | + | Email/PDF: cbp@omf.com | Dec 22 2023 23:47:13 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15335569 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:29:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15315073 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:29:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15551430 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15333088 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15332702 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15315074 | + | Email/Text: Bankruptcy.Consumer@dish.com | Dec 22 2023 23:29:00 | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 15315075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:13 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15315076 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:28 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15334306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15315608 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:32 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327691 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15329650 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15316162 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2023 23:47:25 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 15315082 | ^ | MEBN | Dec 22 2023 23:28:10 | US Depatment of HUD, c/o NOVAD Management Consulting LLC, 2401 NW 23rd St., Ste 1A1, Oklahoma City, OK 73107-2448 |
| 15315083 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 22 2023 23:29:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Federal Credit Union |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15315086 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15327686 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15321016 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15321017 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15315087 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15315088 | *+ | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15315091 | *P++ | CLEVELAND CLINIC, 6801 BRECKSVILLE RD, INDEPENDENCE OH 44131-5058, address filed with court:, Cleveland Clinic, Attention: Bankruptcy, 9500 Euclid Ave, RK2-4, Cleveland, OH 44195 |
| 15315089 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315090 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15315092 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15315094 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245 |
| 15315093 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15315095 | *P++ | FIDELITY NATIONAL COLLECTIONS, 885 S SAWBURG AVE SUITE 103, ALLIANCE OH 44601-5905, address filed with court:, Fidelity National Collections, Attn: Bankruptcy, 885 South Sawburg Ave, Ste 103, Alliance, OH 44601 |
| 15315096 | *P++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15315097 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15315098 | *+ | Lakeview FCU, 2909 State Road, Ashtabula, OH 44004-5327 |
| 15315099 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15315100 | *+ | MetCredit USA, Attn: Bankruptcy Dept, Po Box 1132, Jamestown, NY 14702-1132 |
| 15315101 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15315102 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 300b | Total Noticed: 51 |

|  |  |  |
|---|---|---|
|  |  | Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15315103 | *+ | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 15315104 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15315105 | *+ | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15315106 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15315107 | * | Thousand Trails, 2325 US-90, Gautier, MS 39553 |
| 15315109 | *+ | UPMC Health Services, Dist. Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15315110 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15315111 | *+ | US Depatment of HUD, c/o NOVAD Management Consulting LLC, 2401 NW 23rd St., Ste 1A1, Oklahoma City, OK 73107-2448 |
| 15315112 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15315108 | *+ | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Lakeview Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
on behalf of Debtor David J. Netkowicz rebeka@seelingerlaw.com

Rebeka Seelinger
on behalf of Joint Debtor Tami L. Netkowicz rebeka@seelingerlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6