**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DAVID J. NETKOWICZ <br> TAMI L. NETKOWICZ <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:20-10781 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/25/2020 and confirmed on 1/15/21. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 108,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,500.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,711.99 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,211.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 48,999.40 | 0.00 | 48,999.40 |
|     Acct: 6606 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4956 | | | | |
|   PNC BANK NA | 5,036.48 | 5,036.48 | 0.00 | 5,036.48 |
|     Acct: 6606 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC* | 0.00 | 30,159.07 | 0.00 | 30,159.07 |
|     Acct: 3247 | | | | |
|   LAKEVIEW FEDERAL CREDIT UNION | 13,553.37 | 13,553.37 | 799.70 | 14,353.07 |
|     Acct: 6715 | | | | |
|   LAKEVIEW FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 98,548.02 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID J. NETKOWICZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 5,411.65 | 123.58 | 0.00 | 123.58 |
|     Acct: 5155 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 8,118.08 | 185.39 | 0.00 | 185.39 |
|     Acct: 6231 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,846.24 | 110.67 | 0.00 | 110.67 |
|     Acct: 9831 | | | | |
|   LVNV FUNDING LLC | 2,966.84 | 67.75 | 0.00 | 67.75 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2880 | | | | |
| | CLEVELAND CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 217.37 | 4.96 | 0.00 | 4.96 |
| | Acct: 9582 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2615 | | | | |
| | DIRECTV (*) - TRUSTEE PAYMENTS | 501.21 | 11.45 | 0.00 | 11.45 |
| | Acct: 7608 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6115 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1920 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5823 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1972 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1763 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1898 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8332 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9797 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1757 | | | | |
| | FIDELITY NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6950 | | | | |
| | FIRST SAVINGS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4442 | | | | |
| | KOHLS | 173.78 | 3.97 | 0.00 | 3.97 |
| | Acct: 7997 | | | | |
| | LAKEVIEW FEDERAL CREDIT UNION | 3,990.70 | 91.14 | 0.00 | 91.14 |
| | Acct: 6715 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 18,864.30 | 430.80 | 0.00 | 430.80 |
| | Acct: 2865 | | | | |
| | METCREDIT USA | 75.14 | 1.72 | 0.00 | 1.72 |
| | Acct: 8540 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 12,123.25 | 276.86 | 0.00 | 276.86 |
| | Acct: 5176 | | | | |
| | RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8549 | | | | |
| | CACH LLC | 13,140.63 | 300.09 | 0.00 | 300.09 |
| | Acct: 1762 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 4,494.14 | 102.64 | 0.00 | 102.64 |
| | Acct: 6968 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 346.29 | 7.91 | 0.00 | 7.91 |
| | Acct: 0319 | | | | |
| | THOUSAND TRAILS NACO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNITED COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6324 | | | | |
| | UPMC HEALTH SERVICES | 681.44 | 15.56 | 0.00 | 15.56 |
| | Acct: 8540 | | | | |
| | UPMC PHYSICIAN SERVICES | 240.97 | 5.50 | 0.00 | 5.50 |
| | Acct: 8540 | | | | |
| | USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6289 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6968 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,739.99 |

| TOTAL PAID TO CREDITORS | | | | | 100,288.01 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED      18,589.85
UNSECURED    76,192.03


Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID J. NETKOWICZ
TAMI L. NETKOWICZ
       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:20-10781

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10781-JCM |
| David J. Netkowicz | Chapter 13 |
| Tami L. Netkowicz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David J. Netkowicz, Tami L. Netkowicz, 3012 Oakley Drive, Erie, PA 16506-5906 |
| 15315057 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15315071 | + | MetCredit USA, Attn: Bankruptcy Dept, Po Box 1132, Jamestown, NY 14702-1132 |
| 15315078 | | Thousand Trails, 2325 US-90, Gautier, MS 39553 |
| 15315080 | + | UPMC Health Services, Dist. Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15315081 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15315079 | + | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 23:36:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321015 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15315058 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15315059 | + | Email/Text: bk@avant.com | Dec 22 2023 23:30:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15333925 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:00 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15315062 | | Email/Text: bankruptcies@ccf.org | Dec 22 2023 23:29:00 | Cleveland Clinic, Attention: Bankruptcy, 9500 Euclid Ave, RK2-4, Cleveland, OH 44195 |
| 15315060 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:57:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327086 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:36:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15315061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:08 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15315063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 23:30:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

Case 20-10781-JCM    Doc 57    Filed 12/24/23    Entered 12/25/23 00:20:21    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| 15315065 | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Po Box 182125, Columbus, OH 43218-2125 |
| | | | Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245 |
| 15315064 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:25 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15316434 | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15315066 | Email/Text: eblymiller@fidelitycollections.com | Dec 22 2023 23:29:39 | Fidelity National Collections, Attn: Bankruptcy, 885 South Sawburg Ave, Ste 103, Alliance, OH 44601 |
| 15315067 | Email/Text: BNBLAZE@capitalsvcs.com | Dec 22 2023 23:29:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15329747 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 23:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15330796 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:29:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15315068 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15321403 | + Email/Text: Lucym@lakeviewfcu.com | Dec 22 2023 23:30:00 | LAKEVIEW FEDERAL CREDIT UNION, PO BOX 211, 345 S CHESTNUT ST, JEFFERSON, OH 44047-1348 |
| 15334086 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:36:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15315069 | + Email/Text: Lucym@lakeviewfcu.com | Dec 22 2023 23:30:00 | Lakeview FCU, 2909 State Road, Ashtabula, OH 44004-5327 |
| 15319163 | + Email/Text: Lucym@lakeviewfcu.com | Dec 22 2023 23:30:00 | Lakeview Federal Credit Union, 345 S Chestnut Street, Jefferson, OH 44047-1348 |
| 15666296 | + Email/Text: BKRMailOps@weltman.com | Dec 22 2023 23:30:00 | Lakeview Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15315070 | + Email/Text: Documentfiling@lciinc.com | Dec 22 2023 23:29:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15320685 | Email/PDF: cbp@omf.com | Dec 22 2023 23:36:14 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15315072 | + Email/PDF: cbp@omf.com | Dec 22 2023 23:36:47 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15335569 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:29:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15315073 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:29:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15551430 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15333088 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15332702 | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15315074 | + Email/Text: Bankruptcy.Consumer@dish.com | Dec 22 2023 23:29:00 | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 15315075 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:25 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

Case 20-10781-JCM  Doc 57  Filed 12/24/23  Entered 12/25/23 00:20:21  Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15315076 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:57:38 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15334306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15315608 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:35:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:40 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327691 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15329650 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15316162 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2023 23:47:25 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 15315082 | ^ | MEBN | Dec 22 2023 23:28:10 | US Depatment of HUD, c/o NOVAD Management Consulting LLC, 2401 NW 23rd St., Ste 1A1, Oklahoma City, OK 73107-2448 |
| 15315083 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 22 2023 23:29:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Federal Credit Union |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15315086 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 15327686 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15321016 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15321017 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15315087 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15315088 | *+ | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 15315091 | *P++ | CLEVELAND CLINIC, 6801 BRECKSVILLE RD, INDEPENDENCE OH 44131-5058, address filed with court:, Cleveland Clinic, Attention: Bankruptcy, 9500 Euclid Ave, RK2-4, Cleveland, OH 44195 |
| 15315089 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315090 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15315092 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15315094 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245 |
| 15315093 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15315095 | *P++ | FIDELITY NATIONAL COLLECTIONS, 885 S SAWBURG AVE SUITE 103, ALLIANCE OH 44601-5905, address filed with court:, Fidelity National Collections, Attn: Bankruptcy, 885 South Sawburg Ave, Ste 103, Alliance, OH 44601 |
| 15315096 | *P++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15315097 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15315098 | *+ | Lakeview FCU, 2909 State Road, Ashtabula, OH 44004-5327 |
| 15315099 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15315100 | *+ | MetCredit USA, Attn: Bankruptcy Dept, Po Box 1132, Jamestown, NY 14702-1132 |
| 15315101 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15315102 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 51

| | | |
|---|---|---|
| | | Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15315103 | *+ | Receivables Performance Mgmt, Attn: Bankruptcy, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709 |
| 15315104 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15315105 | *+ | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15315106 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15315107 | * | Thousand Trails, 2325 US-90, Gautier, MS 39553 |
| 15315109 | *+ | UPMC Health Services, Dist. Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15315110 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15315111 | *+ | US Depatment of HUD, c/o NOVAD Management Consulting LLC, 2401 NW 23rd St., Ste 1A1, Oklahoma City, OK 73107-2448 |
| 15315112 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15315108 | *+ | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Lakeview Federal Credit Union pitecf@weltman.com gmasterson@weltman.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
on behalf of Debtor David J. Netkowicz rebeka@seelingerlaw.com

Rebeka Seelinger
on behalf of Joint Debtor Tami L. Netkowicz rebeka@seelingerlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6